*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF PENNSYLVANIA*

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| *vs.* | ) | **Criminal Number 04-5E** |
| | ) | |
| **ROBERT BEER** | ) | |

*The above named defendant satisfied the judgment of AUGUST 16, 2004*
*by paying on SEPTEMBER 12, 2006  the full balance due on his/her court ordered:*

       __X__ _Assessment_
       _____ _Fine_
       _____ _Costs_
       _____ _other_

*The Court's docket and judgment index should be marked to reflect*
*satisfaction of the judgment.*

_____  10/23/06  _____
**Deputy Clerk**                                    **Date**