UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 24, 2006
A-158

No.  04-3499

UNITED STATES OF AMERICA
v.
ROBERT MICHAEL BEER, Appellant
(W.D. (Erie) of PA. Criminal No. 04-cr-00005)

**Present:**  SLOVITER, McKEE and FISHER, Circuit Judges

Motion by Appellant for summary affirmance pursuant to LAR 27.4.

/s/ Anthony Infante
Anthony Infante
Case Manager    267-299-4916

**Briefing is Stayed pending disposition of the motion for summary affirmance.**

**Response to Motion due 8/21/06.**

_____ O R D E R _____

The foregoing Motion by Appellant for summary affirmance pursuant to LAR 27.4 is granted.

By the Court,

/s/ D. Michael Fisher
Circuit Judge

Dated: September 13, 2006
awi/par/cc: K.S.G., Esq.
          P.M.T., Esq.

Certified as a true copy and Issued in lieu
of a formal mandate on November 9, 2006

Marcia M. Waldron
Teste:
Clerk, U.S. Court of Appeals for the Third Circuit