OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4916

www.ca3.uscourts.gov

November 9, 2006

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

RE: Docket No. 04-3499
    USA  vs. Beer
    No. 04-cr-00005

Dear Mr. Barth:

   Enclosed is a certified copy of the order in the above-entitled case(s). The certified order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   We release herewith the certified list in lieu of the record in the case(s).

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified order is also enclosed showing costs taxed, if any.

                    Very truly yours,
                    MARCIA M. WALDRON
                    Clerk


            By:  /s/Anthony Infante/lml
                 Case Manager


Enclosure
cc:
    Karen S. Gerlach, Esq.
    Paul M. Thompson, Esq.